ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| BAE Systems Ordnance Systems, Inc. | ) | ASBCA Nos. 62419-ADR, 62630-ADR |
| | ) | 62631-ADR |
| | ) | |
| Under Contract No. W52P1J-11-G-0002 | ) | |

APPEARANCES FOR THE APPELLANT:     Brian T. McLaughlin, Esq.
                                   Skye Mathieson, Esq.
                                   Nkechi Kanu, Esq.
                                   Catherine O. Shames, Esq.
                                     Crowell & Moring LLP
                                     Washington, D.C

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                     Army Chief Trial Attorney
                                    John C. Degnan, Esq.
                                    LTC Sean B. Zehtab, JA
                                      Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  November 14, 2024

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62419-ADR, 62630-ADR, 62631-ADR, Appeals of BAE Systems Ordnance Systems, Inc., rendered in conformance with the Board's Charter.

Dated:  November 14, 2024

*for Tammye O. Allbott*

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals